United States District Court
Southern District of Texas
**ENTERED**
December 12, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| **WILSON ISRAEL CAAL-PUTUL**, § § | |
| Petitioner, § § | |
| v. § § | **Civil Action No.** 1:25-cv-00276 |
| **TODD LYONS, *et al.***, § § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner's "Notice of Stipulated Dismissal Under Rule 41(a)(1)(A)(ii)." Dkt. No. 13. Pursuant to Federal Rule of Civil Procedure 41(a)(i)(A)(ii), Petitioner's claims against Respondents are **DISMISSED without prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**SIGNED** on this **12th** day of **December, 2025**, at Brownsville, Texas.

_____
Ignacio Torteya, III
United States Magistrate Judge